UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSHUA PAUL GALLOWAY #001755785** | **CASE NO. 6:25-CV-00856 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **VALEX AMOS, JR.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [ECF No. 7], noting the absence of objections thereto, and concurring the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this civil action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list.[1]

THUS DONE in Chambers on this 2nd day of October, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] The Court advises Mr. Galloway that this Judgment constitutes his second "strike" for purposes of 28 U.S.C. § 1915(g). *See Galloway v. Garber*, 6:24-CV-01628, 2025 WL 2398643, at *2 (W.D. La. Aug. 13, 2025). Should Mr. Galloway accumulate a third strike, he will be prohibited from proceeding *in forma pauperis* in any civil action or appeal filed in a court of the United States while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).